# UNITED STATES of America, Plaintiff—Appellee,

v.

## Tinh Trong NGUYEN, Defendant— Appellant.

No. 02–10212.

D.C. No. CR–01–00173–PMP.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 12, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

### MEMORANDUM **

Tin Trong Nguyen appeals the sentence imposed following his guilty plea conviction for bank fraud in violation of 18 U.S.C.

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

§ 1344. Nguyen argues that the evidence does not support a two-level "sophisticated means" enhancement under U.S.S.G. § 2F1.1(b)(6)(C).[1] We affirm.

The district court's finding that Nguyen's bank fraud scheme involved "sophisticated means" was not clearly erroneous because the evidence demonstrates that Nguyen's scheme was more complex than a routine bank fraud. *See* U.S.S.G. § 2F1.1(b)(6)(C), cmt. n. 18; *cf. United States v. Montano*, 250 F.3d 709, 714–15 (9th Cir.2001) (very basic smuggling operation); *United States v. Aragbaye*, 234 F.3d 1101, 1107–08 (9th Cir.2000) (extensively planned tax evasion scheme); *United States v. Ford*, 989 F.2d 347, 351 (9th Cir.1993) (complex tax evasion scheme).

AFFIRMED.

1. All references are to the Guidelines effective November 1, 2000. Although the district court referred to U.S.S.G. § 2B1.1(b)(8)(C) of the 2001 Guidelines, the court imposed the sentence pursuant to the 2000 Guidelines. U.S.S.G. § 2F1.1(b)(6)(C) of the 2000 Guidelines and U.S.S.G. § 2B1.1(b)(8)(C) of the 2001 Guidelines are identical.